UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS PLAIR #239068,

    Petitioner,

v.                                    CASE NO. 2:10-cv-10850
                                       HONORABLE GEORGE CARAM STEEH

HUGH WOLFENBARGER,

    Respondent.

_____/

## JUDGMENT

In accordance with the Opinion and Order entered on this date,

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED**.

Judgment is entered in favor of Respondent and against Petitioner.

DATED: April 19, 2012

                                           DAVID J. WEAVER
                                           CLERK OF THE COURT

                                           BY: s/Josephine Chaffee
                                                DEPUTY COURT CLERK